# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CANDANCE BOYER, *individually and on behalf of all others similarly situated*,

        Plaintiff,

v.

LIBERTY MUTUAL PERSONAL INSURANCE COMPANY,

        Defendant.

_____/

Case No. 2:24-cv-12051

Hon. Brandy R. McMillion
United States District Judge

## JUDGMENT

In accordance with the Opinion and Order Granting Defendant's Motion to Dismiss, ECF No. 36, dated September 24, 2025,

**IT IS ORDERED AND ADJUDGED** that judgment is entered dismissing Plaintiffs complaint.

    KINIKIA ESSIX
    CLERK OF COURT

By:   s/L. Hosking_____
     Deputy Clerk

Approved:

s/Brandy R. McMillion
BRANDY R. MCMILLION
United States District Judge
Dated: September 24, 2025
Detroit, Michigan